Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Eliaser Montanez, et al.,<br><br>Defendants. | CASE NO. CV 10-01693 AWI SKO<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ELIASER MONTANEZ and GUADALUPE MONTANEZ, individually and d/b/a EL CHARRO RESTAURANT |
|---|---|

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants ELIASER MONTANEZ and GUADALUPE MONTANEZ, individually and d/b/a EL CHARRO RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against ELIASER MONTANEZ and GUADALUPE MONTANEZ, individually and d/b/a EL CHARRO RESTAURANT and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by March 15, 2011, the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: December 3, 2010        *s/ Thomas P. Riley*
                                         **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                         By:  Thomas P. Riley
                                         Attorneys for Plaintiff
                                         J & J SPORTS PRODUCTIONS, INC.

Dated:        January 1, 2011        *s/ Michael S. Warda*
                                         **WARDA & YONANO, LLP**
                                         By:  Michael S. Warda
                                         Attorneys for Defendants
                                         ELIASER MONTANEZ and
                                         GUADALUPE MONTANEZ,
                                         individually and d/b/a EL CHARRO RESTAURANT

**ORDER**

IT IS SO ORDERED.

Dated:   January 24, 2011        _____
                                         CHIEF UNITED STATES DISTRICT JUDGE